# United States Bankruptcy Court
## Northern District of Georgia

In re **Jeremy Orlo Linman**
**Allison Blair Linman**

Debtor(s)

Case No.

Chapter **7**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Jeremy Orlo Linman**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐    I am unemployed; or

☑    I am self-employed; or

☐    My employer did not provide pay stubs.

☐    Other

_____

_____

_____

Date  **October 17, 2019**

Signature  **/s/ Jeremy Orlo Linman**
**Jeremy Orlo Linman**
Debtor