# United States Bankruptcy Court
## Northern District of Georgia

In re: **Jeremy Orlo Linman**
**Allison Blair Linman**
Debtor(s)

Case No.
Chapter **7**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Allison Blair Linman**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☐ I am self-employed; or

☐ My employer did not provide pay stubs.

☑ Other
  I do not work outside the home.

Date **October 17, 2019**

Signature **/s/ Allison Blair Linman**
**Allison Blair Linman**
Joint Debtor