# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>JEREMY ORLO LINMAN and<br>ALLISON BLAIR LINMAN,<br><br>Debtor. | CASE NO. 1:19-66654<br><br>CHAPTER 7 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), John D. Elrod and Andrew Z. Smith of the law firm of Greenberg Traurig, LLP hereby enter their appearance as counsel for Creditor Terra Partners Logistics, Inc. ("Terra Partners"), in the above-styled case, and further request service of papers pursuant to Bankruptcy Rules 2002 and 3017(a). Terra Partners hereby puts all parties in interest on notice that it is represented by the undersigned, and requests that i) the Clerk of the Court place the undersigned counsel on the Master Service List in this case, and ii) all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

John D. Elrod
Andrew Z. Smith
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Tel: (678) 553-2100
Fax: (678) 553-2212
Email: elrodj@gtlaw.com
Email: smithaz@gtlaw.com

This 18th day of November, 2019.

**GREENBERG TRAURIG, LLP**

*/s/ John D. Elrod*
John D. Elrod, Georgia Bar No. 246604
Andrew Z. Smith, Georgia Bar No. 945798
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Tel: (678) 553-2100
Fax: (678) 553-2212
elrodj@gtlaw.com
smithaz@gtlaw.com
*Counsel for Creditor Terra Partners Logistics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will automatically send email notification of such filing to all parties authorized to receive such information.

**GREENBERG TRAURIG, LLP**

*/s/ John D. Elrod*
John D. Elrod